IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Julio C

Printed: 4/22/08

Case Number: 07 B 10420
Judge: Wedoff, Eugene R
Filed: 6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,100.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,040.60 |
| Trustee Fee: |  | 59.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,100.00 | 1,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,926.00 | 1,040.60 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 22,072.52 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,652.97 | 0.00 |
| 5. | Internal Revenue Service | Priority | 19,367.09 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 924.10 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 45.18 | 0.00 |
| 8. | Nicor Gas | Unsecured | 1,800.34 | 0.00 |
| 9. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 10. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,788.20 | $ 1,040.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.40 |
|  | $ 59.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gonzalez, Julio C | Case Number:  07 B 10420 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  6/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

